UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NAUD CHARRON : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO. 3:02CV1526 (DJS) |
| : | |
| CITY OF HARTFORD, MICHAEL : | |
| PARKER, LEONARD WALLACE, and : | |
| CHARLES TEALE, : | |
| : | |
| Defendants. : | |

### JUDGMENT

This action having come on for consideration of defendant's motion for summary judgment [dkt.#28] before the Honorable Dominic J. Squatrito, United States District Judge, and

The court having considered the motion and the full record of the case including applicable principles of law, and having filed a Memorandum of Decision granting the motion, it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of all the defendants on all counts of the complaint.

Dated at Hartford, Connecticut, this 17th day of February 2005.

KEVIN F. ROWE, Clerk

By _____
Terri Glynn
Deputy Clerk