UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NAUD CHARRON** | : | |
| | : | |
| v. | : | 3:02-CV-01526(DJS) |
| | : | |
| **CITY OF HARTFORD,** | : | |
| **MICHAEL PARKER,** | : | |
| **LEONARD WALLACE,** | : | |
| **CHARLES TEALE** | : | MARCH 15, 2005 |

## NOTICE OF APPEAL

The plaintiff herewith gives notice of his intent to appeal the ruling of the trial court granting summary judgment. Judgment entered for the defendants in this case on February 17, 2005.

                                                                                                                    THE PLAINTIFF

                      BY_____
                          NORMAN A. PATTIS
                          649 Amity Road
                          Bethany, CT 06524
                          203.393.3017
                          203.393.9745 (fax)
                          ct13120

CERTIFICATION OF SERVICE

On the date above stated, copies hereof were mailed to Attorney Jill Hartley, Sabia & Hartley, LLC, 190 Trumbull Street, Suite 202, Hartford, CT 06103

_____
NORMAN A. PATTIS