UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NAUD CHARRON<br>Plaintiff, | CIVIL ACTION NO.<br>3:02-CV-01526 (DJS) |
| v. | MARCH 16, 2005 |
| CITY OF HARTFORD, ET AL<br>Defendants. | |

### DEFENDANTS' BILL OF COSTS

Pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54, the Defendants, City of Hartford, Michael Parker, Leonard Wallace and Charles Teale, ("Defendants") hereby submit this Bill of Costs. In support of the Bill of Costs, Defendants submit that they filed a Motion for Summary Judgment on August 1, 2003. That Motion argued that Defendants were entitled to judgment because no disputed issues of material fact existed and they were entitled to judgment as a matter of law on Plaintiff's claims of race/color and age discrimination.

Attorney Michael G. Albano, counsel for Defendants, being duly sworn, verifies that the costs listed below are true and accurate to the best of his knowledge and belief and were necessarily incurred in the above captioned case, and that the services for which the fees have been charged were actually and necessarily performed.

### FEES OF THE COURT REPORTER

The following fees were incurred by Defendants for obtaining an original and one copy of the deposition transcripts from the court reporter. Defendants have deducted from this

Bill of Costs fees charged by the court reporter for multipage condensed. The invoices for the court reporter's fees are attached hereto as Exhibit A.

Deposition of Naud Charron, 3/28/03

**TOTAL:**     844.56

_____
Michael G. Albano

Subscribed and sworn to before me this 16th day of March, 2005.

_____
Notary Public

**SHANNON L. MALONEY**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2008

DEFENDANTS,
CITY OF HARTFORD, MICHAEL PARKER,
LEONARD WALLACE AND CHARLES TEALE

By: _____
Michael G. Albano (ct 21440)
Sabia & Hartley, LLC
190 Trumbull Street, Suite 202
Hartford, CT 06103
Tel: (860) 541-2077
Fax: (860) 713-8944

2

## CERTIFICATION OF SERVICE

I hereby certify that the foregoing Defendants' Bill of Costs was sent via first class mail, postage prepaid, this 16th day of March, 2005 to Norman A. Pattis, Esq., Williams and Pattis, LLC, 51 Elm Street, Suite 409, New Haven, CT 06510.

Michael G. Albano

E:\WPDOCS\City of Hartford\Charron\Bill_costs_Charron.wpd

SABIA & HARTLEY, LLC
ATTORNEYS AT LAW

190 Trumbull Street   Suite 202   Hartford, CT 06103-2205
tel 860.541.2077   fax 860.713.8944   www.sabiahart.com

# Brandon Smith Reporting Service, LLC                                  Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850    Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, April 09, 2003 | 3845rr |

John P Shea
Sabia & Hartley
190 Trumbull St
Suite 202
Hartford, CT 06103

Phone:   (860) 541-2077     Fax:   (860) 713-8944

| | |
|---|---|
| Witness: | Charron, Naud |
| Case: | City of Hartford vs. Charron |
| Venue: | |
| Case #: | |
| Date: | 3/28/2003 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | John Brandon |
| Claim #: | |
| File #: | 5295ss |

| Description | Quan | Total |
|---|---|---|
| Original and One | 189 | $708.75 |
| Appearance | 1 | $80.00 |
| Multipage Condensed | 1 | $30.00 |
| Shipping and Handling | 1 | $8.00 |
| 6% sales tax | 1 | $49.61 |
| Sub Total | | $876.36 |
| Payments | | $876.36 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

Exhibit A