UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NAUD CHARRON                               :

      vs.                               :          CASE NO. 3:02CV1526(DJS)

CITY OF HARTFORD, ET AL               :

<u>RULING ON DEFENDANTS' BILL OF COSTS</u>

      Pending before the Clerk is Defendants' Bill of Costs filed on March 17, 2005.  On March 15, 2005, plaintiff filed a Notice of Appeal.

      Therefore, Defendants' Bill of Costs is denied without prejudice to renewal after the plaintiff's appeal has been resolved by the United States Court of Appeals.

      Dated at Hartford, Connecticut, this 14th day of April, 2005.

                             KEVIN F. ROWE, CLERK


                    By:    /s/maw
                            Mary A.Wiggins
                            Deputy-in-Charge

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NAUD CHARRON | : | |
| vs. | : | CASE NO. 3:02CV1526(DJS) |
| CITY OF HARTFORD, ET AL | : | |

RULING ON DEFENDANT'S BILL OF COSTS

Pending before the Clerk is Defendant's Bill of Costs filed on March 17, 2005. On

March 15, 2005, plaintiff filed a Notice of Appeal.

Therefore, Defendants' Bill of Costs is denied without prejudice to renewal after the plaintiff's appeal has been resolved by the United States Court of Appeals.

Dated at Hartford, Connecticut, this 14th day of April, 2005.

KEVIN F. ROWE, CLERK


By:
    Mary A. Wiggins
    Deputy-in-Charge