**MANDATE**

CTDC/NHCT
02-CV-1526
SQUATRITO

**FILED**
2005 MAY [...]
U.S. [...] COURT
[...] CT

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

NAUD CHARRON

VS.                                              :       Docket No. 05-1312-cv

CITY OF HARTFORD, ET AL         :       April 18, 2005

## STIPULATION TO WITHDRAW APPEAL

The undersigned stipulates that the above-captioned is hereby withdrawn without costs and attorney's fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

THE PLAINTIFF,

BY: _____
NORMAN A. PATTIS
Federal Bar No. ct 13120
Law Offices of Norman A. Pattis, LLC
649 Amity Road, P.O. Box 280
Bethany, CT 06524
Tel: 203-393-3017
Fax: 203-393-9745
napatty1@aol.com

THE DEFENDANT

BY: _____
JILL HARTLEY
Sabia & Hartley
190 Trumbull Street
Hartford, CT 06103
Tel: 860-541-2077

SO ORDERED.

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

May 3, 2005

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED. 5/4/05